UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLTON XAVIER MATHEWS,

    Plaintiff,

v.                                          Case No. 3:23cv10561-LC-HTC

SERGEANT W. WALTERS,

    Defendant.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 5, 2024 (ECF No. 32), recommending this case be dismissed without prejudice due to Plaintiff's failure to exhaust his administrative remedies. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 32) is adopted and incorporated by reference in this order.

2.	Defendant's motion to dismiss (ECF No. 25) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to exhaust his administrative remedies.

3.	The clerk shall close the file.

**DONE AND ORDERED** this 17th day of January, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**